JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIAO YANG<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; and DOES 1 to 50,<br><br>Defendants. | Case No.: 5:23-cv-02141-SPG-SHK<br><br>[Removal from Superior Court of California, San Bernardino County Case No. CIVSB2321983]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1       Plaintiff MIAO YANG and Defendant SAFECO INSURANCE COMPANY OF
2 AMERICA, by and through their respective counsel, have stipulated pursuant to Rule
3 41(a)(1) of the Federal Rules of Civil Procedure that this entire action is hereby
4 dismissed with prejudice and with each party to pay its own costs and attorney fees.
5       Good cause appearing, the Court **APPROVES** the Joint Stipulation. As stipulated,
6 this action is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs
7 and attorney fees. The Clerk of the Court shall close the file.

10       **IT IS SO ORDERED**.

12 DATED: August 6, 2024

                                            HONORABLE SHERILYN P. GARNETT
                                            UNITED STATES DISTRICT JUDGE